UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICKI BOYD,<br><br>                           Plaintiff,<br><br>     v.<br><br>A. LONZO,<br><br>                           Defendant. | 3:15-cv-00310-RCJ-WGC<br><br>**ORDER** |

The court is in receipt of Plaintiff's Complaint (Doc. # 1-1), but Plaintiff did not pay the filing fee or submit a completed application to proceed in forma pauperis. Plaintiff has **THIRTY DAYS FROM THE DATE OF THIS ORDER** to either pay the filing fee in full or submit a completed application to proceed in forma pauperis. Plaintiff is advised that a failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: June 15, 2015

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE