**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICKI BOYD,            )<br>          )<br>     Plaintiff,      )<br>          )<br>     v.            )<br>          )<br>A. LONZO          )<br>          )<br>     Defendant.      )<br>_____ ) | 3:15-cv-00310-RCJ-WGC<br><br>**ORDER**<br><br>**re:  ECF No. 5** |

On June 15, 2015, the court entered an order directing Plaintiff to file a complete application to proceed *in forma pauperis* or pay the full filing fee within 30 days. (ECF No. 3.)[1] Plaintiff did not do so; instead on July 9, 2015, Plaintiff filed a notice of appeal of the court's order (ECF No. 4) as well as a motion to extend time to provide financial certificate (ECF No. 5). The Ninth Circuit Court of Appeals dismissed Plaintiff's appeal for lack of jurisdiction on July 29, 2015. (*See,* ECF Nos. 7, 8, 9.)

The court will now address Plaintiff's motion for an extension of time to file her application to proceed *in forma pauperis*. (ECF No. 5). Plaintiff explains that, although she has requested the necessary documents from the Las Vegas Clark County Detention Center, she has not received those documents yet. (*Id.* at 2.)

The Court **GRANTS** Plaintiff's motion for an extension of time (ECF No. 5.) Plaintiff shall have another 30 days from the date of this order to either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

---

[1] Refers to court's Electronic Case Filing number.

      The Clerk shall SEND Plaintiff copies of the appropriate forms.

      IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

      IT IS SO ORDERED.

      DATED: This  5th  day of November, 2015.

_____
United States Magistrate Judge